**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND**

**v.**

**STEPHEN LAWRENCE SNYDER**

    \*     **IN THE**

    \*     **COURT OF APPEALS**

    \*     **OF MARYLAND**

    \*     **Misc. Docket AG No. 21 September Term, 2020**

    \*

    \*     **(No. C-03-CV-20-002762, Circuit Court Baltimore County)**

# O R D E R

Upon consideration of the Joint Request of the Attorney Grievance Commission of Maryland and the Respondent, Stephen Lawrence Snyder, ("Joint Request") to temporarily suspend the Respondent from the practice of law, direct the Respondent to enter into a monitor agreement, and stay the pending disciplinary proceeding, it is this 23rd day of October, 2020, by the Court of Appeals of Maryland

**ORDERED**, that, effective March 31, 2021, the Respondent voluntarily agrees to be temporarily suspended from the practice of law in the State of Maryland; and it is further

**ORDERED**, that, within five (5) days of the date of this Order, the Respondent shall enter into the monitor agreement, with a monitor acceptable to Bar Counsel, and that the monitor agreement shall remain in effect through March 31, 2021; and it is further

**ORDERED**, that, within five (5) days of the date of this Order, the Respondent shall provide a copy of the Indictment, the Petition for Disciplinary or Remedial Action, the Joint Request, this Order, and the monitor agreement to Clients A and B and obtain their informed consent to his continued representation of those clients, confirmed in writing and submitted to Bar Counsel no later than ten (10) days after the date of this Order, and shall comply with the other conditions set forth in paragraph 10 of the Joint Request; and it is further

**ORDERED**, that, this disciplinary matter be, and hereby is, STAYED, pending resolution of the criminal charges against the Respondent in the United States District Court for the District of Maryland and until further order of this Court; and it is further

**ORDERED**, that, on March 31, 2021, the Clerk of this Court shall strike the name of Stephen Lawrence Snyder from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-736(d).

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

/s/ Mary Ellen Barbera
Chief Judge

* Judge Biran did not participate in the consideration of this matter.